# UNITED STATES DISTRICT COURT
## FOR
### WESTERN DISTRICT OF PENNSYLVANIA

SUPPLEMENTAL PETITION FOR WARRANT OR SHOW CAUSE HEARING FOR OFFENDER UNDER SUPERVISION

Name of Offender:  Paris Carter           Case Number:  0315 2:10CR00099

Name of Sentencing Judicial Officer:  The Honorable Maurice B. Cohill, Jr.

Date of Original Sentence:     11/17/2011

Original Offense: Distribute and Possess with Intent to Distribute Less Than 100 Grams of a Mixture and Substance Containing a Detectable Amount of Heroin.

Original Sentence: 37 months period of incarceration; three (3) years term of supervised release

Special Conditions:
- The defendant shall not commit another federal, state or local crime.
- The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from the unlawful use of a controlled substance.
- The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.
- The defendant shall cooperate in the collection of DNA as directed by the probation office.
- The defendant shall participate in a program of testing and, if necessary, treatment for substance abuse, as directed by the probation officer.
- The defendant shall participate in a mental health assessment and/or treatment program approved by the probation officer.
- The defendant shall submit his person, property, house, residence, vehicle, papers, business or place of employment to a search, conducted by a United States Probation/Pretrial Services Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision.
- The defendant shall pay to the United States a special assessment of $100.00.

Type of Supervision:   Supervised release        Date Supervision Commenced:    2/19/2013

Assistant U.S. Attorney:  Gregory J. Nescott        Defense Attorney:  Jay J. Finkelstein

Prior Court History:  On March 18, 2014, an arrest warrant was issued for the offender due to new criminal charges. On April 29, 2014, it was ordered by the Court that the final revocation hearing be continued pending dispositions of the state charges.

## PETITIONING THE COURT

☒ To incorporate the below-cited information with the petition filed on March 18, 2014.
☐ To Issue a Warrant
☐ To Schedule a Show Cause Hearing
☐ Other

### THE PROBATION OFFICER BELIEVES THAT THE OFFENDER HAS VIOLATED THE FOLLOWING CONDITION(S):

- **The defendant shall not commit another federal, state or local crime.**
- **The defendant shall not unlawfully possess a controlled substance.**
- **The defendant shall refrain from the unlawful use of a controlled substance.**

Nature of Noncompliance

On June 2, 2014, the offender was arrested by the City of Pittsburgh Police Department and charged with Prohibited Acts (M), Driving While Operator Privilege Suspended/ Revoked (S), and Obstruction of Windshield/Wipers (S), at OTN: G 679772-2.

According to the police report, on June 2, 2014, City of Pittsburgh police officers conducted a traffic stop on a vehicle operated by the offender, due to improperly tinted windows. Upon approach of the vehicle police officers smelled a strong odor of burnt and unburnt marijuana. The offender admitted to police that he had marijuana in his possession. A search of the vehicle revealed one plastic bag of marijuana recovered from the driver's side sun visor, one plastic bag containing three knotted baggies of marijuana recovered from the front passenger seat, and $305.00 cash recovered from the offender's wallet.

A preliminary hearing in this matter is scheduled for August 4, 2014, before the Honorable Jeffrey A. Manning, in Magisterial District Court, Allegheny County, Pennsylvania.

U.S. Probation Officer Action:

On June 6, 2014, this officer attempted to contact the offender via telephone with instructions to report into the probation office to submit a drug urinalysis. The offender's phone line was disconnected. On June 12, the offender made contact with the probation department and advised he had lost his phone. He was instructed to report into the probation office on June 13, 2014.

Paris Carter
Page 3

|  |  |
|---|---|
|  | I declare under penalty of perjury that the foregoing is true and correct. |
| By: | Respectfully submitted, *[signature]* |
|  | Christina Knox<br>United States Probation Officer |
| Approved By: | *[signature]*<br>Wendy M. Brown<br>Supervising U.S. Probation Officer |
| Date: | 6/12/2014 |

THE COURT ORDERS:

☒ To incorporate the above-cited information with the petition filed on March 18, 2014.
☐ No Action
☐ The Issuance of a Warrant
   and: ☐ No Bond is set
        ☐ Bond is set at _____
        ☐ Bond is at the discretion of the Magistrate Judge
☐ That the (probationer/supervised release) appear at the United States Courthouse, at _____, Pennsylvania, Court Room no. _____, _____, Floor, with legal counsel on _____ at _____, to show cause why supervision should not be revoked.
☐ Other

*[signature]*
SIGNATURE OF JUDICIAL OFFICER

June 14, 2014
DATE