# UNITED STATES DISTRICT COURT

Western District of Pennsylvania

| UNITED STATES OF AMERICA<br>v.<br>PARIS CARTER | **Judgment in a Criminal Case**<br>(For **Revocation** of Probation or Supervised Release) |
|---|---|
| | Case No. 2:10-cr-00099-1 |
| | USM No. 31523068 |
| | STANTON LEVENSON |
| | Defendant's Attorney |

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)  1-7  of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | committed a federal, state or local crime | 01/26/2016 |
| 2 | unlawfully possessed a controlled substance | 10/13/2014 |
| 3 | did not refrain from the unlawful use of a controlled substance | 10/13/2014 |
| 4 | did not report to probation office in a manner and frequency | 01/26/2016 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 9474

Defendant's Year of Birth: 1989

City and State of Defendant's Residence:
Mars, Pennsylvania

03/02/2016
Date of Imposition of Judgment

*Maurice B. Cohill, Jr.*
Signature of Judge

Maurice B. Cohill, Jr. United States District Judge
Name and Title of Judge

03/03/2016
Date

DEFENDANT: PARIS CARTER
CASE NUMBER: 2:10-cr-00099-1

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| | directed by the court or probation officer | |
| 5 | did not work regularly at a lawful occupation | 01/26/2016 |
| 6 | did not participate in a program of testing and, if necessary, treatment for substance abuse | 01/26/2016 |
| 7 | left the judicial district without the permission of the court or probation officer | 01/26/2016 |


AO 245D (Rev. 09/11) Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment


Judgment — Page 3 of 3

DEFENDANT: PARIS CARTER
CASE NUMBER: 2:10-cr-00099-1

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

14 months. No further term of supervised release is imposed.

☑ The court makes the following recommendations to the Bureau of Prisons:

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL